# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: DOLPHIN CARTAGE, INC. | § | Case No. 10-13281 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 26, 2010.  The undersigned trustee was appointed on July 28, 2010.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $             661,684.52

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 160,491.10 |
| Administrative expenses | 58,200.74 |
| Bank service fees | 8,283.66 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 531.20 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 434,177.82 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 01/14/2011 and the deadline for filing governmental claims was 01/14/2011.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $36,307.67.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $22,500.00, for a total compensation of $22,500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $11.05, for total expenses of $11.05.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/23/2012            By: /s/RICHARD M. FOGEL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-13281 | Trustee: (330720) RICHARD M. FOGEL |
| Case Name: DOLPHIN CARTAGE, INC. | Filed (f) or Converted (c): 03/26/10 (f) |
| | §341(a) Meeting Date: 10/12/10 |
| Period Ending: 08/23/12 | Claims Bar Date: 01/14/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank accounts (See Footnote) | 512,709.39 | 512,709.39 | | 512,709.39 | FA |
| 2 | Bank accounts (See Footnote) | 726.00 | 726.00 | | 726.00 | FA |
| 3 | Accounts Receivable (See Footnote) | 32,112.07 | 0.00 | DA | 0.00 | FA |
| 4 | Liquidated Debts Owing Debtor (See Footnote) | 351,166.67 | Unknown | DA | 0.00 | FA |
| 5 | Refunds (u) | 0.00 | Unknown | | 1,056.38 | FA |
| 6 | Class action litigation (u) | 0.00 | Unknown | | 982.76 | FA |
| 7 | Barnicle avoidance action (u) (See Footnote) | 0.00 | Unknown | | 145,535.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 143.79 | Unknown |
| 8 | **Assets** Totals (Excluding unknown values) | **$896,714.13** | **$513,435.39** | | **$661,153.32** | **$0.00** |

RE PROP# 1    Cash proceeds of accounts receivable and operating assets in possession of assignee for benefit of
creditors

RE PROP# 2    Balance on deposit in operating account at JPMorgan Chase Bank

RE PROP# 3    Intercompany receivable (Al's Truck Repair)- subject to setoff

RE PROP# 4    Subrogation claim against H. Edward Barnicle, Jr.- subject to setoff

RE PROP# 7    Settled for $7,000 cash and $150,000 note & mortgage per o/c 5-24-12.  Note and mortgage sold for
$138,535 at auction per o/c 7-2-12

**Major Activities Affecting Case Closing:**

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | December 31, 2011 | Current Projected Date Of Final Report (TFR): | September 30, 2012 |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-13281 | |
| Case Name: | DOLPHIN CARTAGE, INC. | |
| | | |
| Taxpayer ID #: | **-***0351 | |
| Period Ending: | 08/23/12 | |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******89-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/30/10 | {1} | PATRICK D. CAVANAUGH, AS ASSIGNEE FOR DOLPHIN CARTAGE | Funds on hand | 1129-000 | 512,709.39 | | 512,709.39 |
| 08/20/10 | | To Account #9200******8966 | Account Transfer- Assignee expenses per o/c 8-19-10 | 9999-000 | | 5,909.90 | 506,799.49 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 29.39 | | 506,828.88 |
| 09/01/10 | | To Account #9200******8966 | Account Transfer- assignee expenses per o/c 8-31-10 | 9999-000 | | 29,925.10 | 476,903.78 |
| 09/03/10 | {5} | HIGH RIDGE PARTNERS | Refund of expenses | 1229-000 | 566.21 | | 477,469.99 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 12.05 | | 477,482.04 |
| 10/13/10 | {5} | PEOPLES GAS LIGHT AND COKE CO. | Refund | 1229-000 | 490.17 | | 477,972.21 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 12.16 | | 477,984.37 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 11.77 | | 477,996.14 |
| 12/27/10 | {2} | CHASE BANK | Balance on deposit in payroll account | 1129-000 | 726.00 | | 478,722.14 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 12.17 | | 478,734.31 |
| 01/26/11 | | To Account #9200******8966 | Account Transfer- High Ridge fees | 9999-000 | | 5,366.20 | 473,368.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 12.16 | | 473,380.27 |
| 02/23/11 | | To Account #9200******8966 | Account Transfer- settlement of Chase Equipment Finance claim per o/c 2-23-11 | 9999-000 | | 160,491.10 | 312,889.17 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.23 | | 312,899.40 |
| 03/17/11 | | To Account #9200******8966 | Bond Premium | 9999-000 | | 343.54 | 312,555.86 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.96 | | 312,563.82 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.70 | | 312,571.52 |
| 05/10/11 | {6} | INSURANCE BROKERAGE ANTITRUST LITIGATION | Class action settlement | 1249-000 | 185.96 | | 312,757.48 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.96 | | 312,765.44 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.56 | | 312,768.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.65 | | 312,770.65 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 599.83 | 312,170.82 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.64 | | 312,173.46 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 727.14 | 311,446.32 |
| 09/08/11 | | To Account #9200******8966 | Account Transfer- Retainer for financial consultant | 9999-000 | | 15,000.00 | 296,446.32 |
| 09/14/11 | | CALIFORNIA INSURANCE COMMISSIONER | Settlement of claim | | 1,328.00 | | 297,774.32 |
| | {6} | | 796.80 | 1249-000 | | | 297,774.32 |

| | | | Subtotals : | $516,137.13 | $218,362.81 | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-13281 |
| **Case Name:** | DOLPHIN CARTAGE, INC. |
| **Taxpayer ID #:** | **-***0351 |
| **Period Ending:** | 08/23/12 |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****89-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Non-debtor portion of                    531.20 settlement | 1249-000 | | | 297,774.32 |
| 09/20/11 | | To Account #9200******8966 | Account Transfer- non-debtor portion of insurance settlement | 9999-000 | | 531.20 | 297,243.12 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -21.42 | 297,264.54 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.46 | | 297,267.00 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 618.27 | 296,648.73 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.51 | | 296,651.24 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 589.23 | 296,062.01 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.42 | | 296,064.43 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 648.98 | 295,415.45 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.50 | | 295,417.95 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 607.01 | 294,810.94 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.50 | | 294,813.44 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 644.50 | 294,168.94 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 252.05 | 293,916.89 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 582.45 | 293,334.44 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 601.09 | 292,733.35 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 579.86 | 292,153.49 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 658.62 | 291,494.87 |
| 06/06/12 | {7} | EDWARD BARNICLE, JR. | Initial settlement payment per o/c 5-24-12 | 1241-000 | 7,000.00 | | 298,494.87 |
| 06/28/12 | {7} | EDWARD BARNICLE, JR. | First installment note payment per settlement agreement | 1241-000 | 1,562.63 | | 300,057.50 |
| 06/28/12 | {7} | ANDREW J. MAXWELL CLIENT FUNDS ACCOUNT | Earnest money deposit for sale of note and mortgage | 1241-000 | 13,600.00 | | 313,657.50 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 587.45 | 313,070.05 |
| 07/06/12 | {7} | ANDREW J. MAXWELL CLIENT FUNDS ACCOUNT | Balance of proceeds of sale of note | 1241-000 | 123,372.37 | | 436,442.42 |
| 07/10/12 | 1002 | ROMAY CORP. | Transcript of auction sale 6/28/12- Invoice No. 9706 | 2500-000 | | 253.95 | 436,188.47 |
| 07/12/12 | 1003 | CHICAGO TITLE INSURANCE COMPANY | Premium for lenders title insurance policy per o/c 7-2-12. | 2500-000 | | 1,150.00 | 435,038.47 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 860.65 | 434,177.82 |

| | | |
|---|---|---|
| Subtotals : | $145,547.39 | $9,143.89 |

{} Asset reference(s)

Printed: 08/23/2012 02:59 PM   V.13.03

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 10-13281 | **Trustee:** | RICHARD M. FOGEL (330720) | |
| **Case Name:** | DOLPHIN CARTAGE, INC. | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | 9200-******89-65 - Checking Account | |
| **Taxpayer ID #:** | **-***0351 | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 08/23/12 | **Separate Bond:** | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 661,684.52 | 227,506.70 | $434,177.82 |
| | | | Less: Bank Transfers | | 0.00 | 217,567.04 | |
| | | | **Subtotal** | | **661,684.52** | **9,939.66** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$661,684.52** | **$9,939.66** | |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 10-13281 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | DOLPHIN CARTAGE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******89-66 - Checking Account |
| Taxpayer ID #: | **-***0351 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/23/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/10 | | From Account #9200******8965 | Account Transfer- Assignee expenses per o/c 8-19-10 | 9999-000 | 5,909.90 | | 5,909.90 |
| 08/24/10 | 101 | Patrick D. Cavanaugh, Assignee | Payment of assignee  expenses, per o/c 8-19-10 | 3991-000 | | 5,909.90 | 0.00 |
| 09/01/10 | | From Account #9200******8965 | Account Transfer- assignee expenses per o/c 8-31-10 | 9999-000 | 29,925.10 | | 29,925.10 |
| 09/03/10 | 102 | Patrick D. Cavanaugh, assignee | Assignee fees & expenses, per o/c 8-31-10 | 3991-000 | | 29,925.10 | 0.00 |
| 01/26/11 | | From Account #9200******8965 | Account Transfer- High Ridge fees | 9999-000 | 5,366.20 | | 5,366.20 |
| 01/28/11 | 103 | PATRICK D. CAVANAUGH, as assignee for benefit of creditors | Fees and expenses per o/c 1-25-11 | 3991-000 | | 5,366.20 | 0.00 |
| 02/23/11 | | From Account #9200******8965 | Account Transfer- settlement of Chase Equipment Finance claim per o/c 2-23-11 | 9999-000 | 160,491.10 | | 160,491.10 |
| 02/25/11 | 104 | Chase Equipment Finance, Inc. | Settlement of secured claim per o/c 2-23-11 | 4210-000 | | 160,491.10 | 0.00 |
| 03/17/11 | | From Account #9200******8965 | Bond Premium | 9999-000 | 343.54 | | 343.54 |
| 03/21/11 | 105 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 343.54 | 0.00 |
| 09/08/11 | | From Account #9200******8965 | Account Transfer- Retainer for financial consultant | 9999-000 | 15,000.00 | | 15,000.00 |
| 09/12/11 | 106 | PATRICK O'MALLEY | Retainer per o/c 9-7-11 | 3731-000 | | 15,000.00 | 0.00 |
| 09/20/11 | | From Account #9200******8965 | Account Transfer- non-debtor portion of insurance settlement | 9999-000 | 531.20 | | 531.20 |
| 09/21/11 | 107 | PATRICK CAVANAUGH, ASSIGNEE FOR BENEFIT OF CREDITORS | Non-debtor's portion of insurance settlement | 8500-002 | | 531.20 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 217,567.04 | 217,567.04 | $0.00 |
| Less: Bank Transfers | 217,567.04 | 0.00 |
| **Subtotal** | 0.00 | 217,567.04 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | $0.00 | $217,567.04 |

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-13281 |
| **Case Name:** | DOLPHIN CARTAGE, INC. |
| **Taxpayer ID #:** | **-***0351 |
| **Period Ending:** | 08/23/12 |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******89-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******89-65** | 661,684.52 | 9,939.66 | 434,177.82 |
| **Checking # 9200-******89-66** | 0.00 | 217,567.04 | 0.00 |
| | $661,684.52 | $227,506.70 | $434,177.82 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-13281
Case Name: DOLPHIN CARTAGE, INC.
Trustee Name: RICHARD M. FOGEL

| | Balance on hand: | $ | 434,177.82 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | Total to be paid to secured creditors: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 434,177.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 22,500.00 | 0.00 | 22,500.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 11.05 | 0.00 | 11.05 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 71,147.00 | 0.00 | 71,147.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 1,657.45 | 0.00 | 1,657.45 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 8,465.00 | 0.00 | 8,465.00 |
| Other Fees: PATRICK O'MALLEY | 20,116.50 | 15,000.00 | 5,116.50 |
| Other Expenses: PATRICK O'MALLEY | 79.54 | 0.00 | 79.54 |

| | Total to be paid for chapter 7 administration expenses: | $ | 108,976.54 |
|---|---|---|---|
| | Remaining balance: | $ | 325,201.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 325,201.28 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $99,076.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Chicago Truck Drivers Union Health & Welfare Fund | 55,136.92 | 0.00 | 55,136.92 |
| 10P | Chicago Truck Drivers Union Severance Pay Fund | 15,706.35 | 0.00 | 15,706.35 |
| 11P | Chicago Truck Drivers Union Pension Fund | 28,232.92 | 0.00 | 28,232.92 |

Total to be paid for priority claims: $ 99,076.19

Remaining balance: $ 226,125.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,779,893.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Acuity | 18,878.68 | 0.00 | 254.42 |
| 3 -2 | Mulroy Truck Leasing Inc | 1,556,797.00 | 0.00 | 20,979.32 |
| 4 | Tishler & Wald, Ltd. | 1,668.00 | 0.00 | 22.48 |
| 5 | First Communications Globalcom | 3,676.67 | 0.00 | 49.55 |
| 6 | A1 Warren Oil Company | 76,850.68 | 0.00 | 1,035.64 |
| 7 | Wright Express Corp | 2,704.70 | 0.00 | 36.45 |
| 8 | Commonwealth Edison Company | 570.80 | 0.00 | 7.69 |
| 10U | Chicago Truck Drivers Union Severance Pay Fund | 450.62 | 0.00 | 6.07 |
| 11U | Chicago Truck Drivers Union Pension Fund | 14,854,116.99 | 0.00 | 200,173.40 |
| 12 | General Electric Capital Corporation | 264,179.56 | 0.00 | 3,560.07 |

Total to be paid for timely general unsecured claims: $ 226,125.09

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**