UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 10-13281 |
| ) | |
| DOLPHIN CARTAGE, INC., ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on September 27, 2012 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: August 23, 2012             By:  /s/ Richard M. Fogel
                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC}

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: DOLPHIN CARTAGE, INC. | § | Case No. 10-13281 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $   661,684.52

*and approved disbursements of*     $   227,506.70

*leaving a balance on hand of* [1]     $   434,177.82

**Balance on hand:**     $   434,177.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $   0.00

Remaining balance:     $   434,177.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 22,500.00 | 0.00 | 22,500.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 11.05 | 0.00 | 11.05 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 71,147.00 | 0.00 | 71,147.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 1,657.45 | 0.00 | 1,657.45 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 8,465.00 | 0.00 | 8,465.00 |
| Other Fees: PATRICK O'MALLEY | 20,116.50 | 15,000.00 | 5,116.50 |
| Other Expenses: PATRICK O'MALLEY | 79.54 | 0.00 | 79.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for chapter 7 administrative expenses: $ 108,976.54
Remaining balance: $ 325,201.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 325,201.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $99,076.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Chicago Truck Drivers Union Health & Welfare Fund | 55,136.92 | 0.00 | 55,136.92 |
| 10P | Chicago Truck Drivers Union Severance Pay Fund | 15,706.35 | 0.00 | 15,706.35 |
| 11P | Chicago Truck Drivers Union Pension Fund | 28,232.92 | 0.00 | 28,232.92 |

Total to be paid for priority claims: $ 99,076.19
Remaining balance: $ 226,125.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,779,893.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Acuity | 18,878.68 | 0.00 | 254.42 |
| 3 -2 | Mulroy Truck Leasing Inc | 1,556,797.00 | 0.00 | 20,979.32 |
| 4 | Tishler & Wald, Ltd. | 1,668.00 | 0.00 | 22.48 |
| 5 | First Communications Globalcom | 3,676.67 | 0.00 | 49.55 |
| 6 | A1 Warren Oil Company | 76,850.68 | 0.00 | 1,035.64 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 7 | Wright Express Corp | 2,703.00 | 0.00 | 36.45 |
| 8 | Commonwealth Edison Company | 570.80 | 0.00 | 7.69 |
| 10U | Chicago Truck Drivers Union Severance Pay Fund | 450.62 | 0.00 | 6.07 |
| 11U | Chicago Truck Drivers Union Pension Fund | 14,854,116.99 | 0.00 | 200,173.40 |
| 12 | General Electric Capital Corporation | 264,179.56 | 0.00 | 3,560.07 |

Total to be paid for timely general unsecured claims: $ 226,125.09
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-13281-JBS
Dolphin Cartage, Inc.                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: mflowers            Page 1 of 3            Date Rcvd: Aug 24, 2012
                                Form ID: pdf006           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2012.
```
adb           #Dolphin Cartage, Inc.,    5274 S. Archer,    Chicago, IL  60632-4756
16101084     +A1 Warren Oil Company,    7439 W Archer AVe,    Summit Argo,IL 60501-1219
15847312     +Acuity,   c/o Kohner, Mann & Kailas, S.C.,    4650 North Port Washington Road,
               Milwaukee, Wisconsin 53212-1077
16101083     +Acuity Inc,   2800 S Taylor Drive,    Sheboygan, WI 53081-8474
16101085     +Als Truck Repair,    5274 S Archer Ave,    Chicago,IL 60632-4756
16101086     +Aramark Uniform Services Inc,    Pob 3206,    Springfield,IL 62708-3206
16101087     +B J Trailer Leasing Co,    4911 S Monitor Ave,    Pob 388812,    Chicago,IL 60638-8812
16073413     +Chase Equipment Finance, Inc.,    c/o Courtney E. Barr,    Locke Lord Bissell & Liddell LLP,
               111 S. Wacker Dr.,    Chicago, IL 60606-4409
16101073     +Cheryl Hardin,    51 Ambassador,    Romeoville,IL 60446-1112
16101088     +Chicago Truck Drivers Union,    6648 S Naragansett Ave,    Chicago,IL 60638-5112
16664720     +Chicago Truck Drivers Union Health & Welfare Fund,    c/o Thomas J. Angell of,
               Jacobs, Burns, Orlove & Hernandez,    122 S. Michigan Ave., Ste. 1720,    Chicago, IL 60603-6145
16665062     +Chicago Truck Drivers Union Pension Fund,    c/o Thomas J. Angell of,
               Jacobs, Burns, Orlove & Hernandez,    122 S. Michigan Ave., Ste 1720,    Chicago, IL 60603-6145
16664832     +Chicago Truck Drivers Union Severance Pay Fund,    c/o Thomas J. Angell of,
               Jacobs, Burns, Orlove & Hernandez,    122 S. Michigan Ave., Ste. 1720,    Chicago, IL 60603-6145
16101089     +City of Chicago Bureau of Water,    Pob 6330,    Chicago,IL 60680-6330
16101090     +City of Chicago Dept of Buildings,    120 N Racine 1st Flr,    Chicago,IL 60607-2010
16101074     +Edwin Nadess,    6401 West 182nd Street,    Tinely Park, IL 60477-4260
16101092     +ExxonMobil,    Pob 4597,    Carol Stream,IL 60197-4597
16101093     +Feece Oil Company,    1700 Hubbard Ave,    Batavia,IL 60510-1424
16101094     +First Communications Globalcom,    3340 West Market Street,    Akron,OH 44333-3306
16671362     +General Electric Capital Corporation,    300 John Carpenter Freeway Suite 207,
               Irving, TX 75062-2369
16101072     +H. Edward Barnicle Jr,    3 Hanover Court,    Burr Ridge,IL 60527-8307
16672560     +H. Edward Barnicle, Jr.,    c/o Robert V. Shannon, Esq.,    K&L Gates LLP,
               70 West Madison St., Ste. 3100,    Chicago, IL 60602-4244
16101095     +Hinckey & Schmitt Inc,    6055 S Harlem Ave,    Chicago,IL 60638-3985
16101096     +Iowa 80 Group,    1455 E 162 Street,    Kansas City,MO 64999-0001
16701069     +John Guzzardo,    Shaw Gussis Fishman Glantz etc.,    321 N Clark St.suite 800,
               Chicago,IL 60654-4766
16101075     +John Lindahi,    303 Dundee Drive,    Lockport,IL 60441-2723
16101076     +John Mikutis,    9 Garden Drive Unit 6,    Lagrange Park,IL 60526-1081
16101077     +Michael Smith,    Pob 3831,    Oak Park,IL 60303-3831
16101097    +++Mulroy Truck Leasing Inc,    131 S Dearborn street 1700,    Chicago,IL 60603-5559
16101078     +Raymond Washick,    504 East North Street Apt B,    Lockport,iL 60441-2644
16101099     +Richo Americas Corporation,    Pob 6434,    Carol Stream,IL 60197-6434
16101079     +Rickie Bennet,    960 Arlon Road,    Aurora,IL 60506-1110
16101080     +Roberta Presbitero,    8622 S Knox,    Chicago,IL 60652-3523
16101100     +Service Forms & Graphics Inc,    100 Tower Drive Suite 236,    Burr Ridge,IL 60527-5787
16325525     +Tishler & Wald, Ltd.,    Attn: Alexander D. Kerr, Jr.,    200 S. Wacker Drive, Suite 3000,
               Chicago, IL 60606-5815
16101081     +William Gebbia,    8916 S Sproat Ave,    Oak Lawn,IL 60453-1357
16101082     +William Oehmen,    1334 Ridge,    Homewood,IL 60430-1919
16101104      Wisconsin Dept of Revenue,    Pob 93931,    Madison,IL 53707
16101105     +Wright Express Corp,    Pob 639,    Portland,ME 04104-0639
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16101091     +E-mail/Text: legalcollections@comed.com Aug 25 2012 00:37:38      Commonwealth Edison,   Pob 6111,
               Carol Stream, IL 60197-6111
16504032     +E-mail/Text: legalcollections@comed.com Aug 25 2012 00:37:38      Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16951802      E-mail/Text: cio.bncmail@irs.gov Aug 25 2012 00:32:00
               Department of Treasury  Internal Revenue Service,    P O Box 7346,   Philadelphia, PA  19101-7346
16101098     +E-mail/Text: bankruptcy@pb.com Aug 25 2012 00:37:39      Pitney Bowes Purchase Power,   Pob 856042,
               Louisville, KY 40285-6042
16101103     +E-mail/Text: cpscollections@usbank.com Aug 25 2012 00:39:23      Voyager Fleet Systeems,
               Pob 790049,    Houston,TX 77279-0049
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16101101      Truckomat Corporation,   Pob 639,   515 Sterlin
16101102    ##+USI Midwest,   1801 S Meyers Rd suite 150,   Oakbrook Terrace,IL 60181-5255
                                                                                             TOTALS: 1, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1            User: mflowers              Page 2 of 3                 Date Rcvd: Aug 24, 2012
                                Form ID: pdf006             Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mflowers             Page 3 of 3                  Date Rcvd: Aug 24, 2012
                              Form ID: pdf006            Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2012 at the address(es) listed below:

```
          Alexander D Kerr    on behalf of Alleged Debtor  Dolphin Cartage, Inc. akerr@tishlerandwald.com,
           bmurzanski@tishlerandwald.com
          Brian L Shaw    on behalf of Trustee Richard Fogel bshaw100@shawgussis.com,
           bharrington@shawgussis.com
          Courtney E Barr    on behalf of Interested Party  Chase Equipment Leasing Inc. cbarr@lockelord.com,
           chicagodocket@lockelord.com;;pwilliams@lockelord.com
          Daniel A Zazove    on behalf of Alleged Debtor  Dolphin Cartage, Inc. docketchi@perkinscoie.com
          Eric E. Walker    on behalf of Interested Party Patrick Cavanaugh ewalker@perkinscoie.com,
           nsaldinger@perkinscoie.com;Docketchi@perkinscoie.com
          Jeffrey M Heller    on behalf of Defendant  H. Edward Barnicle, Jr. jeffrey.heller@klgates.com,
           teresa.gomez@klgates.com
          John W Guzzardo    on behalf of Plaintiff  Richard M. Fogel jguzzardo@shawgussis.com,
           mcarter@shawgussis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M Fogel    rfogel@shawgussis.com, IL72@ecfcbis.com
          Richard M Fogel    on behalf of Plaintiff  Richard M. Fogel rfogel@shawgussis.com
          Robert V. Shannon    on behalf of Defendant  H. Edward Barnicle, Jr. robert.shannon@klgates.com,
           chicago.docket@klgates.com
          Sven T Nylen    on behalf of Defendant  H. Edward Barnicle, Jr. sven.nylen@klgates.com,
           teresa.gomez@klgates.com
          Thomas J. Angell    on behalf of Petitioning Creditor  Chicago Truck Drivers Union Health &
           Welfare Fund tangell@jbosh.com
                                                                                              TOTAL: 13
```