**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: DOLPHIN CARTAGE, INC.    § Case No. 10-13281
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $383,278.74 *(without deducting any secured claims)* | Assets Exempt:  $0.00 |
| Total Distribution to Claimants: $485,755.75 | Claims Discharged Without Payment: $17,785,452.52 |
| Total Expenses of Administration: $175,460.94 | |

3) Total gross receipts of $    661,747.89    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       531.20    (see **Exhibit 2**), yielded net receipts of  $661,216.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $292,088.63 | $365,196.96 | $160,491.10 | $160,491.10 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 189,268.61 | 175,460.94 | 175,460.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 71,009.16 | 99,076.19 | 99,076.19 | 99,076.19 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,391,445.59 | 16,779,893.70 | 16,779,893.70 | 226,188.46 |
| **TOTAL DISBURSEMENTS** | $11,754,543.38 | $17,433,435.46 | $17,214,921.93 | $661,216.69 |

4) This case was originally filed under Chapter 7 on March 26, 2010. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/01/2012          By: /s/RICHARD M. FOGEL
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Non-debtor portion of settlement | 1249-000 | 531.20 |
| Bank accounts | 1129-000 | 512,709.39 |
| Bank accounts | 1129-000 | 726.00 |
| Refunds | 1229-000 | 1,056.38 |
| Class action litigation | 1249-000 | 1,046.13 |
| Barnicle avoidance action | 1241-000 | 145,535.00 |
| Interest Income | 1270-000 | 143.79 |
| **TOTAL GROSS RECEIPTS** | | **$661,747.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PATRICK CAVANAUGH, ASSIGNEE FOR BENEFIT OF CREDITORS | Non-debtor's portion of insurance settlement | 8500-002 | 531.20 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$531.20** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | Chase Equipment Finance, Inc. | 4210-000 | 134,882.15 | 175,491.10 | 160,491.10 | 160,491.10 |
| 13 | H. Edward Barnicle, Jr. | 4210-000 | 157,206.48 | 189,705.86 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$292,088.63** | **$365,196.96** | **$160,491.10** | **$160,491.10** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 36,307.67 | 22,500.00 | 22,500.00 |
| RICHARD M. FOGEL | 2200-000 | N/A | 11.05 | 11.05 | 11.05 |
| SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 3110-000 | N/A | 71,147.00 | 71,147.00 | 71,147.00 |
| SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 3120-000 | N/A | 1,657.45 | 1,657.45 | 1,657.45 |
| PATRICK O'MALLEY | 3731-000 | N/A | 20,116.50 | 20,116.50 | 20,116.50 |
| PATRICK O'MALLEY | 3732-000 | N/A | 79.54 | 79.54 | 79.54 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 8,465.00 | 8,465.00 | 8,465.00 |
| Patrick D. Cavanaugh, Assignee | 3991-000 | N/A | 5,909.90 | 5,909.90 | 5,909.90 |
| Patrick D. Cavanaugh, assignee | 3991-000 | N/A | 29,925.10 | 29,925.10 | 29,925.10 |
| PATRICK D. CAVANAUGH, as assignee for benefit of creditors | 3991-000 | N/A | 5,366.20 | 5,366.20 | 5,366.20 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 343.54 | 343.54 | 343.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 599.83 | 599.83 | 599.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 705.72 | 705.72 | 705.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 618.27 | 618.27 | 618.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 589.23 | 589.23 | 589.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 648.98 | 648.98 | 648.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 607.01 | 607.01 | 607.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 644.50 | 644.50 | 644.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 252.05 | 252.05 | 252.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 582.45 | 582.45 | 582.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 601.09 | 601.09 | 601.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 579.86 | 579.86 | 579.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 658.62 | 658.62 | 658.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 587.45 | 587.45 | 587.45 |
| ROMAY CORP. | 2500-000 | N/A | 253.95 | 253.95 | 253.95 |
| CHICAGO TITLE INSURANCE COMPANY | 2500-000 | N/A | 1,150.00 | 1,150.00 | 1,150.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 860.65 | 860.65 | 860.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$189,268.61** | **$175,460.94** | **$175,460.94** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Chicago Truck Drivers Union Health & Welfare Fund | 5400-000 | 52,523.16 | 55,136.92 | 55,136.92 | 55,136.92 |
| 10P | Chicago Truck Drivers Union Severance Pay Fund | 5400-000 | 15,476.00 | 15,706.35 | 15,706.35 | 15,706.35 |
| 11P | Chicago Truck Drivers Union Pension Fund | 5400-000 | N/A | 28,232.92 | 28,232.92 | 28,232.92 |
| NOTFILED | John Lindahl | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John Mikutis | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Michael Smith | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Raymond Washick | 5200-000 | 3,010.00 | N/A | N/A | 0.00 |
| NOTFILED | William Gebbia | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rickie Bennett | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | William Oehmen | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Roberta Presbitero | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Edwin Nadess | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cheryl Hardin | 5200-000 | unknown | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $71,009.16 | $99,076.19 | $99,076.19 | $99,076.19 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Acuity | 7100-000 | 18,878.68 | 18,878.68 | 18,878.68 | 254.49 |
| 3 -2 | Mulroy Truck Leasing Inc | 7100-000 | 1,556,797.00 | 1,556,797.00 | 1,556,797.00 | 20,985.21 |
| 4 | Tishler & Wald, Ltd. | 7100-000 | N/A | 1,668.00 | 1,668.00 | 22.48 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | First Communications Globalcom | 7100-000 | 978.84 | 3,676.67 | 3,676.67 | 49.56 |
| 6 | A1 Warren Oil Company | 7100-000 | 76,850.68 | 76,850.68 | 76,850.68 | 1,035.93 |
| 7 | Wright Express Corp | 7100-000 | 2,704.70 | 2,704.70 | 2,704.70 | 36.46 |
| 8 | Commonwealth Edison Company | 7100-000 | 468.80 | 570.80 | 570.80 | 7.69 |
| 10U | Chicago Truck Drivers Union Severance Pay Fund | 7100-000 | N/A | 450.62 | 450.62 | 6.07 |
| 11U | Chicago Truck Drivers Union Pension Fund | 7100-000 | 8,506,029.61 | 14,854,116.99 | 14,854,116.99 | 200,229.50 |
| 12 | General Electric Capital Corporation | 7100-000 | N/A | 264,179.56 | 264,179.56 | 3,561.07 |
| NOTFILED | Service Forms & Graphics, Inc. | 7100-000 | 76.67 | N/A | N/A | 0.00 |
| NOTFILED | Truckomat Corporation | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Ricoh Americas Corporation | 7100-000 | 472.02 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes Purchase Power | 7100-000 | 318.99 | N/A | N/A | 0.00 |
| NOTFILED | Hinckley & Schmitt, Inc. | 7100-000 | 29.05 | N/A | N/A | 0.00 |
| NOTFILED | Iowa 80 Group | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | USI Midwest | 7100-000 | 16,376.00 | N/A | N/A | 0.00 |
| NOTFILED | Voyager Fleet Systems | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Wisconsin Dept. of Revenue | 7100-000 | 12.95 | N/A | N/A | 0.00 |
| NOTFILED | Feece Oil Company | 7100-000 | 287.99 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago - Bureau of Water | 7100-000 | 827.14 | N/A | N/A | 0.00 |
| NOTFILED | ExxonMobil | 7100-000 | 204.80 | N/A | N/A | 0.00 |
| NOTFILED | Rickie Bennett | 7100-000 | 722.75 | N/A | N/A | 0.00 |
| NOTFILED | Michael Smith | 7100-000 | 1,123.20 | N/A | N/A | 0.00 |
| NOTFILED | John Mikutis | 7100-000 | 357.00 | N/A | N/A | 0.00 |
| NOTFILED | Cheryl Hardin | 7100-000 | 918.00 | N/A | N/A | 0.00 |
| NOTFILED | John Lindahl | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Roberta Presbitero | 7100-000 | 1,090.00 | N/A | N/A | 0.00 |
| NOTFILED | B.J. Trailer Leasing Co. | 7100-000 | 232.00 | N/A | N/A | 0.00 |
| NOTFILED | Edwin Nadess | 7100-000 | 2,425.00 | N/A | N/A | 0.00 |
| NOTFILED | Aramark Uniform Services, Inc. | 7100-000 | 88.83 | N/A | N/A | 0.00 |
| NOTFILED | William Oehmen | 7100-000 | 3,357.64 | N/A | N/A | 0.00 |
| NOTFILED | Al's Truck Repair | 7100-000 | 1,194,336.25 | N/A | N/A | 0.00 |
| NOTFILED | William Gebbia | 7100-000 | 3,010.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago - Dept of Buildings | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$11,391,445.59** | **$16,779,893.70** | **$16,779,893.70** | **$226,188.46** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-13281  
**Case Name:** DOLPHIN CARTAGE, INC.  

**Period Ending:** 11/01/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/26/10 (f)  
**§341(a) Meeting Date:** 10/12/10  
**Claims Bar Date:** 01/14/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Bank accounts (See Footnote) | 512,709.39 | 512,709.39 | | 512,709.39 | FA |
| 2 | Bank accounts (See Footnote) | 726.00 | 726.00 | | 726.00 | FA |
| 3 | Accounts Receivable (See Footnote) | 32,112.07 | 0.00 | DA | 0.00 | FA |
| 4 | Liquidated Debts Owing Debtor (See Footnote) | 351,166.67 | Unknown | DA | 0.00 | FA |
| 5 | Refunds (u) | 0.00 | Unknown | | 1,056.38 | FA |
| 6 | Class action litigation (u) | 0.00 | Unknown | | 1,046.13 | FA |
| 7 | Barnicle avoidance action (u) (See Footnote) | 0.00 | Unknown | | 145,535.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 143.79 | FA |
| 8 | Assets Totals (Excluding unknown values) | **$896,714.13** | **$513,435.39** | | **$661,216.69** | **$0.00** |

RE PROP# 1    Cash proceeds of accounts receivable and operating assets in possession of assignee for benefit of creditors  
RE PROP# 2    Balance on deposit in operating account at JPMorgan Chase Bank  
RE PROP# 3    Intercompany receivable (Al's Truck Repair)- subject to setoff  
RE PROP# 4    Subrogation claim against H. Edward Barnicle, Jr.- subject to setoff  
RE PROP# 7    Settled for $7,000 cash and $150,000 note & mortgage per o/c 5-24-12. Note and mortgage sold for $138,535 at auction per o/c 7-2-12

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2011     **Current Projected Date Of Final Report (TFR):** August 23, 2012 (Actual)

Case 10-13281   Doc 82   Filed 11/08/12   Entered 11/08/12 15:34:21   Desc Main
Document   Page 8 of 13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-13281  
**Case Name:** DOLPHIN CARTAGE, INC.  
**Taxpayer ID #:** **-***0351  
**Period Ending:** 11/01/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******89-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/30/10 | {1} | PATRICK D. CAVANAUGH, AS ASSIGNEE FOR DOLPHIN CARTAGE | Funds on hand | 1129-000 | 512,709.39 | | 512,709.39 |
| 08/20/10 | | To Account #9200******8966 | Account Transfer- Assignee expenses per o/c 8-19-10 | 9999-000 | | 5,909.90 | 506,799.49 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 29.39 | | 506,828.88 |
| 09/01/10 | | To Account #9200******8966 | Account Transfer- assignee expenses per o/c 8-31-10 | 9999-000 | | 29,925.10 | 476,903.78 |
| 09/03/10 | {5} | HIGH RIDGE PARTNERS | Refund of expenses | 1229-000 | 566.21 | | 477,469.99 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 12.05 | | 477,482.04 |
| 10/13/10 | {5} | PEOPLES GAS LIGHT AND COKE CO. | Refund | 1229-000 | 490.17 | | 477,972.21 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 12.16 | | 477,984.37 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 11.77 | | 477,996.14 |
| 12/27/10 | {2} | CHASE BANK | Balance on deposit in payroll account | 1129-000 | 726.00 | | 478,722.14 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 12.17 | | 478,734.31 |
| 01/26/11 | | To Account #9200******8966 | Account Transfer- High Ridge fees | 9999-000 | | 5,366.20 | 473,368.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 12.16 | | 473,380.27 |
| 02/23/11 | | To Account #9200******8966 | Account Transfer- settlement of Chase Equipment Finance claim per o/c 2-23-11 | 9999-000 | | 160,491.10 | 312,889.17 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.23 | | 312,899.40 |
| 03/17/11 | | To Account #9200******8966 | Bond Premium | 9999-000 | | 343.54 | 312,555.86 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.96 | | 312,563.82 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.70 | | 312,571.52 |
| 05/10/11 | {6} | INSURANCE BROKERAGE ANTITRUST LITIGATION | Class action settlement | 1249-000 | 185.96 | | 312,757.48 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 7.96 | | 312,765.44 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.56 | | 312,768.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.65 | | 312,770.65 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 599.83 | 312,170.82 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.64 | | 312,173.46 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 727.14 | 311,446.32 |
| 09/08/11 | | To Account #9200******8966 | Account Transfer- Retainer for financial consultant | 9999-000 | | 15,000.00 | 296,446.32 |
| 09/14/11 | | CALIFORNIA INSURANCE COMMISSIONER | Settlement of claim | | 1,328.00 | | 297,774.32 |
| | {6} | | | 1249-000 | 796.80 | | 297,774.32 |

Subtotals: $516,137.13   $218,362.81

{} Asset reference(s)

Printed: 11/01/2012 07:01 AM   V.13.04

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-13281  
**Case Name:** DOLPHIN CARTAGE, INC.  
**Taxpayer ID #:** **-***0351  
**Period Ending:** 11/01/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******89-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Non-debtor portion of settlement 531.20 | 1249-000 | | | 297,774.32 |
| 09/20/11 | | To Account #9200******8966 | Account Transfer- non-debtor portion of insurance settlement | 9999-000 | | 531.20 | 297,243.12 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -21.42 | 297,264.54 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.46 | | 297,267.00 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 618.27 | 296,648.73 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.51 | | 296,651.24 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 589.23 | 296,062.01 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.42 | | 296,064.43 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 648.98 | 295,415.45 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.50 | | 295,417.95 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 607.01 | 294,810.94 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.50 | | 294,813.44 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 644.50 | 294,168.94 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 252.05 | 293,916.89 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 582.45 | 293,334.44 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 601.09 | 292,733.35 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 579.86 | 292,153.49 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 658.62 | 291,494.87 |
| 06/06/12 | {7} | EDWARD BARNICLE, JR. | Initial settlement payment per o/c 5-24-12 | 1241-000 | 7,000.00 | | 298,494.87 |
| 06/28/12 | {7} | EDWARD BARNICLE, JR. | First installment note payment per settlement agreement | 1241-000 | 1,562.63 | | 300,057.50 |
| 06/28/12 | {7} | ANDREW J. MAXWELL CLIENT FUNDS ACCOUNT | Earnest money deposit for sale of note and mortgage | 1241-000 | 13,600.00 | | 313,657.50 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 587.45 | 313,070.05 |
| 07/06/12 | {7} | ANDREW J. MAXWELL CLIENT FUNDS ACCOUNT | Balance of proceeds of sale of note | 1241-000 | 123,372.37 | | 436,442.42 |
| 07/10/12 | 1002 | ROMAY CORP. | Transcript of auction sale 6/28/12- Invoice No. 9706 | 2500-000 | | 253.95 | 436,188.47 |
| 07/12/12 | 1003 | CHICAGO TITLE INSURANCE COMPANY | Premium for lenders title insurance policy per o/c 7-2-12. | 2500-000 | | 1,150.00 | 435,038.47 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 860.65 | 434,177.82 |
| 08/27/12 | {6} | INSURANCE BROKERAGE ANTITRUST LITIGATION | Second distribution | 1249-000 | 63.37 | | 434,241.19 |
| 09/28/12 | 1004 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | Dividend paid 100.00% on $71,147.00, Attorney for Trustee Fees (Trustee Firm); | 3110-000 | | 71,147.00 | 363,094.19 |

Subtotals : $145,610.76  $80,290.89

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-13281  
**Case Name:** DOLPHIN CARTAGE, INC.  

**Taxpayer ID #:** **-***0351  
**Period Ending:** 11/01/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******89-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | |
| 09/28/12 | 1005 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | Dividend paid 100.00% on $1,657.45, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,657.45 | 361,436.74 |
| 09/28/12 | 1006 | DEVELOPMENT SPECIALISTS, INC. | Dividend paid 100.00% on $20,116.50, Consultant for Trustee Fees; Reference: | 3731-000 | | 5,116.50 | 356,320.24 |
| 09/28/12 | 1007 | DEVELOPMENT SPECIALISTS, INC. | Dividend paid 100.00% on $79.54, Consultant for Trustee Expenses; Reference: | 3732-000 | | 79.54 | 356,240.70 |
| 09/28/12 | 1008 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $8,465.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 8,465.00 | 347,775.70 |
| 09/28/12 | 1009 | Chicago Truck Drivers Union Health & Welfare Fund | 100.00% dividend on Claim # 9, Ref: HEALTH AND WELFARE FUND | 5400-000 | | 55,136.92 | 292,638.78 |
| 09/28/12 | 1010 | Chicago Truck Drivers Union Severance Pay Fund | 100.00% dividend on Claim # 10P, Ref: SEVERANCE FUND | 5400-000 | | 15,706.35 | 276,932.43 |
| 09/28/12 | 1011 | Chicago Truck Drivers Union Pension Fund | 100.00% dividend on Claim # 11P, Ref: | 5400-000 | | 28,232.92 | 248,699.51 |
| 09/28/12 | 1012 | Acuity | 1.34% dividend on Claim # 1, Ref: | 7100-000 | | 254.49 | 248,445.02 |
| 09/28/12 | 1013 | Mulroy Truck Leasing Inc | 1.34% dividend on Claim # 3 -2, Ref: | 7100-000 | | 20,985.21 | 227,459.81 |
| 09/28/12 | 1014 | Tishler & Wald, Ltd. | 1.34% dividend on Claim # 4, Ref: | 7100-000 | | 22.48 | 227,437.33 |
| 09/28/12 | 1015 | First Communications Globalcom | 1.34% dividend on Claim # 5, Ref: | 7100-000 | | 49.56 | 227,387.77 |
| 09/28/12 | 1016 | A1 Warren Oil Company | 1.34% dividend on Claim # 6, Ref: | 7100-000 | | 1,035.93 | 226,351.84 |
| 09/28/12 | 1017 | Wright Express Corp | 1.34% dividend on Claim # 7, Ref: | 7100-000 | | 36.46 | 226,315.38 |
| 09/28/12 | 1018 | Commonwealth Edison Company | 1.34% dividend on Claim # 8, Ref: | 7100-000 | | 7.69 | 226,307.69 |
| 09/28/12 | 1019 | Chicago Truck Drivers Union Severance Pay Fund | 1.34% dividend on Claim # 10U, Ref: | 7100-000 | | 6.07 | 226,301.62 |
| 09/28/12 | 1020 | Chicago Truck Drivers Union Pension Fund | 1.34% dividend on Claim # 11U, Ref: PENSION | 7100-000 | | 200,229.50 | 26,072.12 |
| 09/28/12 | 1021 | General Electric Capital Corporation | 1.34% dividend on Claim # 12, Ref: | 7100-000 | | 3,561.07 | 22,511.05 |
| 09/28/12 | 1022 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 22,511.05 | 0.00 |
| | | | Dividend paid 100.00% 22,500.00 on $22,500.00; Claim# A; Filed: $36,307.67 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 11.05 on $11.05; Claim# B; Filed: $11.05 | 2200-000 | | | 0.00 |

Subtotals :    $0.00    $363,094.19

{} Asset reference(s)    Printed: 11/01/2012 07:01 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 10-13281 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| **Case Name:** | DOLPHIN CARTAGE, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******89-65 - Checking Account |
| **Taxpayer ID #:** | **-***0351 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/01/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 661,747.89 | 661,747.89 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 217,567.04 | |
| | | | **Subtotal** | | 661,747.89 | 444,180.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$661,747.89** | **$444,180.85** | |

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 10-13281 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | DOLPHIN CARTAGE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******89-66 - Checking Account |
| Taxpayer ID #: | **-***0351 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/01/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/20/10 | | From Account #9200******8965 | Account Transfer- Assignee expenses per o/c 8-19-10 | 9999-000 | 5,909.90 | | 5,909.90 |
| 08/24/10 | 101 | Patrick D. Cavanaugh, Assignee | Payment of assignee expenses, per o/c 8-19-10 | 3991-000 | | 5,909.90 | 0.00 |
| 09/01/10 | | From Account #9200******8965 | Account Transfer- assignee expenses per o/c 8-31-10 | 9999-000 | 29,925.10 | | 29,925.10 |
| 09/03/10 | 102 | Patrick D. Cavanaugh, assignee | Assignee fees & expenses, per o/c 8-31-10 | 3991-000 | | 29,925.10 | 0.00 |
| 01/26/11 | | From Account #9200******8965 | Account Transfer- High Ridge fees | 9999-000 | 5,366.20 | | 5,366.20 |
| 01/28/11 | 103 | PATRICK D. CAVANAUGH, as assignee for benefit of creditors | Fees and expenses per o/c 1-25-11 | 3991-000 | | 5,366.20 | 0.00 |
| 02/23/11 | | From Account #9200******8965 | Account Transfer- settlement of Chase Equipment Finance claim per o/c 2-23-11 | 9999-000 | 160,491.10 | | 160,491.10 |
| 02/25/11 | 104 | Chase Equipment Finance, Inc. | Settlement of secured claim per o/c 2-23-11 | 4210-000 | | 160,491.10 | 0.00 |
| 03/17/11 | | From Account #9200******8965 | Bond Premium | 9999-000 | 343.54 | | 343.54 |
| 03/21/11 | 105 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 343.54 | 0.00 |
| 09/08/11 | | From Account #9200******8965 | Account Transfer- Retainer for financial consultant | 9999-000 | 15,000.00 | | 15,000.00 |
| 09/12/11 | 106 | PATRICK O'MALLEY | Retainer per o/c 9-7-11 | 3731-000 | | 15,000.00 | 0.00 |
| 09/20/11 | | From Account #9200******8965 | Account Transfer- non-debtor portion of insurance settlement | 9999-000 | 531.20 | | 531.20 |
| 09/21/11 | 107 | PATRICK CAVANAUGH, ASSIGNEE FOR BENEFIT OF CREDITORS | Non-debtor's portion of insurance settlement | 8500-002 | | 531.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 217,567.04 | 217,567.04 | $0.00 |
| | | | Less: Bank Transfers | | 217,567.04 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 217,567.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$217,567.04** | |

{} Asset reference(s)                                              Printed: 11/01/2012 07:01 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 10-13281 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | DOLPHIN CARTAGE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******89-66 - Checking Account |
| Taxpayer ID #: | **-***0351 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/01/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******89-65** | 661,747.89 | 444,180.85 | 0.00 |
| **Checking # 9200-******89-66** | 0.00 | 217,567.04 | 0.00 |
| | $661,747.89 | $661,747.89 | $0.00 |

{} Asset reference(s)

Printed: 11/01/2012 07:01 AM    V.13.04